IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01951-ZLW-MEH

LISA J. WERNER, an individual,

      Plaintiff,

v.

THE TOWN OF PLATTEVILLE, a municipality,
TROY RENKEN, Platteville Town Manager/Police Chief, and
TROY RENKEN, an individual,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 17, 2010.**

      The Joint Motion for Entry of Stipulated Protective Order [filed November 15, 2010; docket #14] is **granted**. The proposed Stipulated Protective Order is accepted and entered contemporaneously with this minute order.