IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-01951-PAB-MEH

LISA J. WERNER,

    Plaintiff,

v.

THE TOWN OF PLATTEVILLE, a municipality,
TROY RENKEN, Platteville Town Manager/Police Chief, and
TROY RENKEN, an individual,

    Defendants.

_____

**ORDER OF DISMISSAL WITH PREJUDICE
AS TO DEFENDANT TROY RENKEN**
_____

    This matter comes before the Court upon the Motion to Dismiss Claims Against Defendant Troy Renken With Prejudice [Docket No. 22].  The Court has reviewed the pleading and is fully advised in the premises.  It is

    ORDERED that the Motion to Dismiss Claims Against Defendant Troy Renken With Prejudice [Docket No. 22] is GRANTED.  It is further

    ORDERED that, pursuant to Fed. R. Civ. P. 41(a), all claims asserted against defendant Troy Renken, individually and as Platteville Town Manager/Police Chief, are dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

    DATED April 25, 2011.

                                          BY THE COURT:

                                          s/Philip A. Brimmer
                                          PHILIP A. BRIMMER
                                          United States District Judge